■ In the Matter of the Accounting of BEATRICE R. STEINBERGER, as Executrix of MAX STEINBERGER, Deceased, and of the Accounting of FRANKLIN STEINBERGER et al., Accounting for the Acts of MORRIS F. STEINBERGER,

Deceased, as Executors of MAX STEINBERGER, Deceased. JOSEPH EPSTEIN, Appellant-Respondent; FRANKLIN STEINBERGER et al., Respondents-Appellants. — Decree unanimously affirmed, with costs against petitioner-appellant-respondent in favor of the objectants-respondents-appellants. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.